No. 263, Misc. JOHNSON *v.* BRITTON, DEPUTY COMMISSIONER, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Philip J. Lesser* and *I. Irwin Volotin* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondents.

No. 265, Misc. BRADLEY *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 270, Misc. SMITH *v.* INDUSTRIAL ACCIDENT COMMISSION ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 271, Misc. ZAVALA *v.* SUPERIOR COURT, LOS ANGELES COUNTY, ET AL. Supreme Court of California. Certiorari denied.

No. 272, Misc. CIEHALA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Rebecca M. Cutter* for petitioner.

No. 273, Misc. COVARRUBIAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 280, Misc. KESSLER, ADMINISTRATOR, *v.* NATIONAL AIRLINES, INC. C. A. 2d Cir. Certiorari denied. *Theodore E. Wolcutt* for petitioner. *John L. Quinlan* for respondent.

No. 278, Misc. GORDON *v.* LAVALLEE, WARDEN. Court of Appeals of New York. Certiorari denied.